**James H. CARPENTER, Jr., Appellant**

**v.**

**Colbert I. KING, The Washington Post, et al., Appellees.**

**No. 11–7073.**

United States Court of Appeals, District of Columbia Circuit.

July 26, 2012.

James H. Carpenter, Jr., United States Penitentiary, Coleman, FL, pro se.

Warden (Coleman II), United States Penitentiary, Coleman, FL, for Appellant.

Amer S. Ahmed, Kevin Taylor Baine, Kevin Hardy, Williams & Connolly LLP, Washington, DC, for Appellees.

BEFORE: TATEL, GARLAND, and BROWN, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED** that the district court's order filed June 17, 2011, 792 F.Supp.2d 29, be affirmed. The district court correctly dismissed appellant's complaint under Fed. R.Civ.P. 12(b)(6), because the complaint failed to state any facts that sufficiently alleged defendants' conduct in publishing the articles was negligent or malicious. *See Vereen v. Clayborne*, 623 A.2d 1190, 1194–95 (D.C.1993); *Gertz v. Robert*

*Welch, Inc.,* 418 U.S. 323, 347, 94 S.Ct. 2997, 41 L.Ed.2d 789 (1974).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.